**3COM CORPORATION,**
**Plaintiff–Appellee,**

v.

**XIRCOM, INC., Defendant–Appellant.**

No. 02–1515.

United States Court of Appeals,
Federal Circuit.

Nov. 14, 2002.

ORDER

The parties having so agreed, it is

---

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).